# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, vs. TVAR LOUIS JACKSON, Defendant. | Case No. 2:17-CR-00169-SAB<br><br>**CRIMINAL MINUTES**<br><br>DATE: 03/15/2018<br><br>LOCATION: SPOKANE<br><br>**MOTION HEARING** |
|---|---|

| | Judge STANLEY A. BASTIAN | | |
|---|---|---|---|
| Erin R. Coppin<br>**Courtroom Deputy** | 02<br>**Law Clerk** | N/A<br>**Interpreter** | Allison Stovall<br>**Court Reporter** |
| Scott Jones<br>**Plaintiff's Counsel** | | John McEntire<br>**Defendant's Counsel** | |
| **Probation Officer:** N/A | | | |

[X] **Open Court**      [ ] **Chambers**      [ ] **Telecon**

Defendant present in custody of the US Marshal.

Mr. McEntire and Mr. Jones addressed the court.
Parties requested continuance and a briefing schedule.

Defendant's Motion to Continue (ECF No. 26) – **granted.**

Waiver of Speedy Trial signed and filed.

The Court set the following:

**Pretrial Motions: 4/19/2018**
**Response by: 5/03/2018**
**Reply by: 5/10/2018**
**Pretrial: 5/17/2018 at 2:15 a.m. S/SAB**
**Trial: 6/04/2018**

[X] **ORDER FORTHCOMING**

| CONVENED: 9:36 AM | ADJOURNED: 9:46 AM | TIME: 10 MINUTES | CALENDARED [ ] |
|---|---|---|---|